1 **ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
2 428 J Street, Suite 350
Sacramento, California 95814
3 Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5 ANTHONY C. CAVANESS

6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00213 JAM |
|---|---|
| Plaintiff, | |
| v. | |
| ANTHONY C. CAVANESS, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, August 9, 2011 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to September 27, 2011 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is that additional time is needed by the defense to review discovery and for other defense preparation, and for the parties to engage in plea negotiations. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 27, 2011 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 8, 2011             BENJAMIN WAGNER
                                  United States Attorney

                                  By:     /s/ Jason Hitt
                                     JASON HITT
                                     Assistant United States Attorney

Dated: August 8, 2011                 /s/ Erin J. Radekin
                                   ERIN J. RADEKIN
                                   Attorney for Defendant
                                   ANTHONY C. CAVANESS

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of August 9, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on September 27, 2011 at 9:30 a.m.  The Court finds excludable time in this matter through September 27, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 8/8/2011                       /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   United States District Judge