1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ANTHONY C. CAVANESS

6
                   IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9
10 | UNITED STATES OF AMERICA,              2:11-CR-00213 JAM
11 |        Plaintiff,
12 | v.
13 |                                        **STIPULATION AND ORDER TO**
   | ANTHONY C. CAVANESS,                   **CONTINUE STATUS CONFERENCE**
14 |
   |        Defendant.
15 |
16

17
                              **STIPULATION**
18
        Plaintiff, United States of America, by and through its counsel, Assistant United States
19
   Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J.
20
   Radekin, agree and stipulate to vacate the date set for status conference, November 15, 2011 at 9:30
21
   a.m., in the above-captioned matter, and to continue the status conference to December 6, 2011 at
22
   9:30 a.m. in the courtroom of the Honorable John A. Mendez.
23
        The reason for this request is that the government has provided the defense with a plea
24
   agreement and additional time is needed for Ms. Radekin to travel to Oroville, California where Mr.
25
   Cavaness is in custody to go over the agreement with him. The defense also needs to conduct
26
   additional research and additional plea negotiations may ensue. The Court is advised that Mr. Hitt
27
   concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.
28
        The parties further agree and stipulate that the time period from the filing of this stipulation
   until December 6, 2011 should be excluded in computing time for commencement of trial under the

1  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
2  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
3  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
4  outweigh the best interests of the public and the defendant in a speedy trial.

5   Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6  IT IS SO STIPULATED

7  Dated: November 14, 2011                                    BENJAMIN WAGNER
                                                               United States Attorney
8
                                                               By:     /s/ Jason Hitt
9                                                              JASON HITT
                                                               Assistant United States Attorney
10

11 Dated: November 14, 2011                                     /s/ Erin J. Radekin
                                                               ERIN J. RADEKIN
12                                                             Attorney for Defendant
                                                               ANTHONY C. CAVANESS
13

14                                              **ORDER**

15      For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
16 conference date of November 15, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is
17 set for status conference on December 6, 2011 at 9:30 a.m.  The Court finds excludable time in this
18 matter through December 6, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow
19 continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For
20 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
21 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
22 3161(h)(7)(A), (h)(7)(B)(iv).
23 IT IS SO ORDERED.
24 Dated:  11/14/2011                                           /s/ John A. Mendez
                                                               HON. JOHN A. MENDEZ
25                                                             United States District Judge
26
27
28