**ERIN J. RADEKIN**
**Attorney at Law -** SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00213 JAM |
| Plaintiff, | |
| v. | |
| ANTHONY C. CAVANESS, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| Defendant. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, December 6, 2011 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to January 10, 2012 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is that the government has provided the defense with a plea agreement and additional time is needed for research regarding plea and sentencing options, plea negotiations, and to travel to Oroville, California to meet with Mr. Cavaness.  In addition, Ms. Radekin suffered a broken foot on November 29, 2011 so she will be unable to appear in court or travel to Oroville within the next five to seven days.  The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

1       The parties further agree and stipulate that the time period from the filing of this stipulation
2 until January 10, 2012 should be excluded in computing time for commencement of trial under the
3 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
4 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
5 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
6 outweigh the best interests of the public and the defendant in a speedy trial.

7       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

8 IT IS SO STIPULATED

9 Dated: December 1, 2011                          BENJAMIN WAGNER
                                                           United States Attorney

                                                By:     /s/ Jason Hitt
                                                            JASON HITT
                                                           Assistant United States Attorney

Dated: December 1, 2011                              /s/ Erin J. Radekin
                                                           ERIN J. RADEKIN
                                                            Attorney for Defendant
                                                           ANTHONY C. CAVANESS

## **ORDER**

      For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of December 6, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on January 10, 2012 at 9:30 a.m.  The Court finds excludable time in this matter through January 10, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  12/1/2011                                       /s/ John A. Mendez
                                                    HON. JOHN A. MENDEZ
                                                    United States District Judge