**ERIN J. RADEKIN**
**Attorney at Law -** SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>ANTHONY C. CAVANESS,<br><br>             Defendant. | 2:11-CR-00213 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 10, 2012 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to February 7, 2012 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is that Ms. Radekin broke her foot on November 29, 2011, which required surgery on December 9, 2011. She took time off of work in December for recovery from surgery and is now on crutches and has limited mobility until mid-January. Thus, she needs additional time to meet with the defendant in Oroville, California where he is in custody to go over the plea agreement. Further, there are some sentencing issues she needs to research prior to finalization of the plea agreement. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

      The parties further agree and stipulate that the time period from the filing of this stipulation until February 7, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: January 6, 2012

           BENJAMIN WAGNER
           United States Attorney

By:     /s/ Jason Hitt
      JASON HITT
      Assistant United States Attorney

Dated: January 6, 2012

      /s/ Erin J. Radekin
      ERIN J. RADEKIN
      Attorney for Defendant
      ANTHONY C. CAVANESS

## ORDER

      For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of January 10, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on February 7, 2012 at 9:30 a.m.  The Court finds excludable time in this matter through February 7, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 1/6/2012

      /s/ John A. Mendez
      HON. JOHN A. MENDEZ
      United States District Judge