**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00213 JAM |
| Plaintiff, | |
| v. | |
| ANTHONY C. CAVANESS, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| Defendant. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 7, 2012 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to March 6, 2012 at 1:30 p.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is that Ms. Radekin needs additional time to travel to Oroville, where Mr. Cavaness is housed, to go over the plea agreement provided by the government and prepare him for entry of plea. As explained in prior stipulations, Ms. Radekin has been on crutches due to her broken foot until January 31, 2012, which made driving and visitation at the jail in Oroville difficult. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation

until March 6, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 6, 2012　　　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:       /s/ Jason Hitt
　　　　　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: February 6, 2012　　　　　　　　　　　     /s/ Erin J. Radekin
　　　　　　　　　　　　　　　　　　　　　　ERIN J. RADEKIN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　ANTHONY C. CAVANESS


**ORDER**

     For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of February 7, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on March 6, 2012 at 1:30 p.m.  The Court finds excludable time in this matter through March 6, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  2/6/2012　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　United States District Judge