**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ANTHONY C. CAVANESS,<br><br>          Defendant. | 2:11-CR-00213 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, March 6, 2012 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to April 3, 2012 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is that Ms. Radekin needs additional time to communicate with Mr. Hitt regarding finalizing the plea agreement and to review a small quantity of discovery that she was previously unable to open (a new copy is needed). Ms. Radekin has met with Mr. Cavaness and it appears that this matter will very likely settle on April 3rd. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 3, 2012 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: March 5, 2012  
BENJAMIN WAGNER  
United States Attorney  

By:   /s/ Jason Hitt  
JASON HITT  
Assistant United States Attorney  

Dated: March 5, 2012  
   /s/ Erin J. Radekin  
ERIN J. RADEKIN  
Attorney for Defendant  
ANTHONY C. CAVANESS  

### ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of March 6, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on April 3, 2012 at 9:30 a.m. The Court finds excludable time in this matter through April 3, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  3/5/2012  
   /s/ John A. Mendez  
HON. JOHN A. MENDEZ  
United States District Court Judge