**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00213 JAM |
| Plaintiff, | |
| v. | |
| ANTHONY C. CAVANESS, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, April 24, 2012 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to May 22, 2012 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

Ms. Radekin has reviewed the bulk of the recordings (the outstanding discovery); however, she needs to travel to Oroville to meet with Mr. Cavaness to allow him to review the recordings. As previously mentioned, the copy originally received by the defense will not work on Ms. Radekin's laptop. Hence, Ms. Radekin needs additional time to obtain a copy that will work on the laptop so that Mr. Caveness can review the recordings himself, and to travel to Oroville for that purpose. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

1    The parties further agree and stipulate that the time period from the filing of this stipulation
2 until May 22, 2012 should be excluded in computing time for commencement of trial under the
3 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
4 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
5 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
6 outweigh the best interests of the public and the defendant in a speedy trial.
7    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8 IT IS SO STIPULATED
9 Dated: April 20, 2012                                    BENJAMIN WAGNER
                                                          United States Attorney
10
                                                          By:      /s/ Erin J. Radekin for
11                                                        JASON HITT
                                                          Assistant United States Attorney
12
13 Dated: April 20, 2012                                         /s/ Erin J. Radekin
                                                          ERIN J. RADEKIN
14                                                        Attorney for Defendant
                                                          ANTHONY C. CAVANESS
15
16                                    **ORDER**
17    For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
18 conference date of April 24, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for
19 status conference on May 22, 2012 at 9:30 a.m.  The Court finds excludable time in this matter
20 through May 22, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of
21 counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons
22 stipulated by the parties, the Court finds that the interest of justice served by granting the request
23 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
24 3161(h)(7)(A), (h)(7)(B)(iv).
25 IT IS SO ORDERED.
26 Dated: 4/20/2012                                       /s/ John A. Mendez
                                                          HON. JOHN A. MENDEZ
27                                                        United States District Court Judge
28