**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ANTHONY C. CAVANESS,<br><br>   Defendant. | 2:11-CR-00213 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, July 10, 2012 at 9:45 a.m., in the above-captioned matter, and to continue the status conference to July 31, 2012 at 9:45 a.m. in the courtroom of the Honorable John A. Mendez.

The parties have engaged in extensive plea negotiations in this matter. On July 6, 2012, the government proposed a new plea agreement. Ms. Radekin needs time to visit Mr. Cavaness at the Butte County Jail in order to convey this offer to him. It is likely that further negotiations will be necessary as well. The Court should also be advised that Ms. Radekin is seeking authorization to retain an investigator, M.E. Greenberg, to develop mitigation for use in plea negotiations and/or sentencing. Ms. Greenberg is currently reviewing the records and reports in this matter. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation

on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 31, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: July 9, 2012                                BENJAMIN WAGNER
                                                   United States Attorney

                                            By:    /s/ Erin J. Radekin for
                                                   JASON HITT
                                                   Assistant United States Attorney


Dated: July 9, 2012                                /s/ Erin J. Radekin
                                                   ERIN J. RADEKIN
                                                   Attorney for Defendant
                                                   ANTHONY C. CAVANESS

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of July 10, 2012 at 9:45 a.m. is VACATED and the above-captioned matter is set for status conference on July 31, 2012 at 9:45 a.m. The Court finds excludable time in this matter through July 31, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 7/9/2012                                    /s/ John A. Mendez
                                                   HON. JOHN A. MENDEZ
                                                   United States District Court Judge