**ERIN J. RADEKIN**
**Attorney at Law -** SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00213 JAM |
|---|---|
| Plaintiff, | |
| v. | |
| ANTHONY C. CAVANESS, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE OF DISCLOSURE |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing in the above-captioned matter, January 8, 2013 at 9:45 a.m., and to continue judgment and sentencing to February 26, 2013 at 9:45 a.m. in the courtroom of the Honorable John A. Mendez.

In addition, the parties stipulate to the following modification to the schedule of disclosure:

| | |
|---|---|
| Proposed pre-sentence report | January 15, 2013 |
| Informal objections to the pre-sentence report | January 29, 2013 |
| Final pre-sentence report | February 5, 2013 |
| Motion for correction of the pre-sentence report | February 12, 2013 |
| Government's reply, or statement of non-opposition | February 19, 2013 |

The reason for this request is that Ms. Radekin needs additional time to complete her

investigation into mitigating circumstances for use at sentencing. Ms. Radekin has spoken with the investigator, M.E. Greenwood, and she reports that she is nearly finished with her social history report, which she is preparing from her interviews of various witnesses and family members as well as her review of records pertaining to Mr. Cavaness' background. Further, Ms. Radekin is currently in trial in Butte County in a case which involves multiple experts and complex medical/scientific issues relating to the death of a child. This trial is expected to last through mid-January. Hence, Ms. Radekin's time is, of necessity, currently devoted primarily to the Butte County matter. The court is advised that Ms. Radekin has discussed this matter with Mr. Hitt and United States Probation Officer Lisa Hage and they have no objection to this request or the dates proposed above. The court is further advised that Mr. Hitt has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: December 17, 2012  
BENJAMIN WAGNER  
United States Attorney  

By:      /s/ Jason Hitt  
JASON HITT  
Assistant United States Attorney  

Dated: December 17, 2012       /s/ Erin J. Radekin  
ERIN J. RADEKIN  
Attorney for Defendant  
ANTHONY C. CAVANESS  

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, January 8, 2013 at 9:45 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on February 26, 2013 at 9:45 a.m. in the courtroom of the Honorable John A. Mendez.

IT IS FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed pre-sentence report | January 15, 2013 |
| Informal objections to the pre-sentence report | January 29, 2013 |
| Final pre-sentence report | February 5, 2013 |

| | | |
|---|---|---|
| 1 | Motion for correction of the pre-sentence report | February 12, 2013 |
| 2 | Government's reply, or statement of non-opposition | February 19, 2013 |

IT IS SO ORDERED.

Dated:  12/17/2012                             /s/ John A. Mendez
                                               HON. JOHN A. MENDEZ
                                               United States District Court Judge