**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY C. CAVANESS,<br><br>Defendant. | 2:11-CR-00213 JAM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE OF DISCLOSURE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing in the above-captioned matter, April 9, 2013 at 9:45 a.m., and to continue judgment and sentencing to June 18, 2013 at 9:45 a.m. in the courtroom of the Honorable John A. Mendez.

In addition, the parties stipulate to the following modification to the schedule of disclosure:

| | |
|---|---|
| Proposed pre-sentence report | May 7, 2013 |
| Informal objections to the pre-sentence report | May 21, 2013 |
| Final pre-sentence report | May 28, 2013 |
| Motion for correction of the pre-sentence report | June 4, 2013 |
| Government's reply, or statement of non-opposition | June 11, 2013 |

Dr. Minagawa has completed his evaluation and it has been provided to Probation Officer Lisa

Hage. Ms. Radekin has communicated via email with M.E. Greenberg, the mitigation specialist, and she has indicated she is nearly finished with her evaluation, all that remains is for her to review the Mr. Cavaness' prison reocrds; however, we have had problems getting those records from CDCR. A subpoena duces tecum ("SDT") was served on CDCR; however, it turns out that the identification number we used in the SDT was erroneous (although it is listed in Mr. Cavaness' criminal history report), so CDCR simply ignored the first SDT. A new SDT was issued and served, the records have been provided, and they are in Ms. Greenberg's possession at this time. They are approximately 350 to 400 pages. Ms. Greenberg estimates she will have the social history report finished by April 24, 2013.

Hence, the defense requests additional time for the investigator to review the prison records and complete her report, which will then be provided to Ms. Hage for her review. The court is advised that Ms. Radekin has discussed this matter with Mr. Hitt and Ms. Hage and they have no objection to this request or the dates proposed above. The court is further advised that Mr. Hitt has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: April 5, 2013                                    BENJAMIN WAGNER
                                                        United States Attorney

                                                        By:      /s/ Jason Hitt
                                                        JASON HITT
                                                        Assistant United States Attorney

Dated: April 5, 2013                                         /s/ Erin J. Radekin
                                                        ERIN J. RADEKIN
                                                        Attorney for Defendant
                                                        ANTHONY C. CAVANESS

### ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, April 9, 2013 at 9:45 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on June 18, 2013 at 9:45 a.m. in the courtroom of the Honorable John A. Mendez.

1   IT IS FURTHER ORDERED that the schedule of disclosure be modified as follows:

2   Proposed pre-sentence report                                  May 7, 2013

3   Informal objections to the pre-sentence report                May 21, 2013

4   Final pre-sentence report                                     May 28, 2013

5   Motion for correction of the pre-sentence report              June 4, 2013

6   Government's reply, or statement of non-opposition            June 11, 2013

IT IS SO ORDERED.

Dated:  4/5/2013                       /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
                                       United States District Court Judge