PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2722

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00213-JAM-CKD |
|---|---|
| Respondent, | STIPULATION AND ORDER EXTENDING DEADLINE FOR GOVERNMENT TO FILE RESPONSE TO SECTION 2255 MOTION |
| v. | |
| ANTHONY CURTIS CAVANESS, | |
| Movant. | |

**STIPULATION**

Respondent United States of America, by and through its counsel of record, and Movant Anthony Cavaness, by and through his counsel of record, hereby stipulate as follows:

In a motion filed June 20, 2016, Mr. Cavaness moved the Court to vacate, set aside or correct his sentence in light of the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015).

In an Order filed June 28, 2016, this Court ordered the government to respond to file an answer, motion or other response to Mr. Cavaness' 2255 motion by August 26, 2016. This Court subsequently extended the deadline pursuant to the parties' agreement until September 16, 2016.

The government has requested conviction documents from Solano County Superior Court which the government believes may be relevant to Mr. Cavaness' motion. The conviction documents have not yet arrived and may take weeks to obtain. To allow time to obtain such conviction documents, the government hereby requests an additional extension of 14 days to September 30, 2016 to file its response to the motion.

Mr. Cavaness' counsel does not oppose this request for an extension.

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME

IT IS SO STIPULATED.

Dated: September 15, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated: September 15, 2016

/s/ KRISTA HART
KRISTA HART
Counsel for Movant
Anthony Cavaness

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 19, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE