Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 94818
(916) 498-8398
kristahartesq@gmail.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>v.<br><br>ANTHONY CAVANESS,<br><br>    Defendant/Movant. | Case No. 2:11-cr-00213-JAM CKD   P<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR MOVANT TO FILE TRAVERSE TO NOVEMBER 22, 2016 |

Movant Anthony Cavaness, by and through counsel Krista

Hart, and the United States, by and though counsel Assistant U.S.

Attorney Katherine Lydon, hereby stipulate and agree that movant's

traverse, currently due on October 31, 2016, be due on November

22, 2016.

1

Mr. Cavaness is a federal prisoner proceeding with counsel on a motion pursuant to 28 U.S.C. § 2255. Mr. Cavaness, Reg. No. 14204-097, is serving the 151-month sentence imposed in this case at the Lompoc FCI, in California. He has an expected release date of April 21, 2022.

Mr. Cavaness filed the § 2255 motion on June 20, 2016. (ECF No. 59.) The Court issued an order setting a briefing schedule on June 28, 2016. (ECF No. 60.) The Court approved two stipulations extending the government's time to file its opposition, the first stipulation granted the government an additional 21 days and the second 14 days. (ECF Nos. 65 & 67.) The government filed its opposition on September 30, 2016. (ECF No. 68.) Pursuant to the briefing schedule, Mr. Cavaness's traverse is now due on October 31, 2016.

Counsel for Mr. Cavaness needs additional time to review the government's opposition, to communicate with Mr. Cavaness and to research and prepare the traverse. The parties stipulate and agree that Mr. Cavaness's traverse may be due on November 22, 2016.

DATED: October 28, 2016

>PHILLIP A. TALBERT
>Acting United States Attorney
>
>_____*/s/ Katherine Lydon*_____
>Assistant United States Attorney

DATED: October 28, 2016

>_____*/s/ Krista Hart*_____
>Counsel for Anthony Cavaness


## **ORDER**

Good cause appearing, movant's traverse shall be filed on or before November 22, 2016.

Dated:   October 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3