Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 94818
(916) 498-8398
kristahartesq@gmail.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff/Respondent,<br><br>v.<br><br>ANTHONY CAVANESS,<br><br>     Defendant/Movant. | Case No. 2:11-cr-00213-JAM<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR MOVANT TO FILE TRAVERSE TO DECEMBER 28, 2016 |

Movant Anthony Cavaness, by and through counsel Krista

Hart, and the United States, by and though counsel Assistant U.S.

Attorney Katherine Lydon, hereby stipulate and agree that movant's

traverse, currently due on December 20, 2016, be due on

December 28, 2016.

1

Mr. Cavaness is a federal prisoner proceeding with counsel on a motion pursuant to 28 U.S.C. § 2255. Mr. Cavaness, Reg. No. 14204-097, is serving the 151-month sentence imposed in this case at the Lompoc FCI, in California. He has an expected release date of April 21, 2022.

Mr. Cavaness filed the § 2255 motion on June 20, 2016. (ECF No. 59.) The Court issued an order setting a briefing schedule on June 28, 2016. (ECF No. 60.) The Court approved two stipulations extending the government's time to file its opposition, the first stipulation granted the government an additional 21 days and the second 14 days. (ECF Nos. 65 & 67.) The government filed its opposition on September 30, 2016. (ECF No. 68.) Mr. Cavaness's traverse was originally due on October 31, 2016. This Court approved the parties' two stipulations requesting extensions, first to November 22, 2016 (ECF No. 70), and then to December 20, 2016. (ECF No. 72.)

Counsel for Mr. Cavaness needs additional time to review the government's opposition, to communicate with Mr. Cavaness and to

research and prepare the traverse. The parties stipulate and agree
that Mr. Cavaness's traverse may be due on December 20, 2016.

Mr. Cavaness is serving a lengthy prison sentence of 151
months. If this Court were to grant the § 2255 motion and
determine Mr. Cavaness is *not* a career offender, then, based on the
presentence report, Mr. Cavaness' offense level would be 26 and his
criminal history level would be IV. This would result in a Guidelines
sentencing range of 92-115 months. *If* this Court were to impose a
low-end sentence of 92 months, Mr. Cavaness' release date would
be some time around November, 2017. This is to say that Mr.
Cavaness will not suffer any prejudice or additional custody time if
this Court were to grant this request and extend the due date for
the traverse.

Therefore, the parties stipulate and agree the traverse may be
due on or before December 28, 2016.

DATED: December 22, 2016

PHILLIP A. TALBERT
Acting United States Attorney

_____*/s/ Katherine Lydon*_____

3

Assistant United States Attorney

DATED: December 22, 2016

_____/s/ Krista Hart_____
Counsel for Anthony Cavaness


## **ORDER**

Good cause appearing, movant's traverse shall be filed on or before December 28, 2016.

Dated:   December 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE