HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ANTHONY CAVANESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00213-JAM |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISION** |
| v. | |
| ANTHONY CAVANESS, | Judge: Hon. John A. Mendez |
| Defendant. | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby **TERMINATES** the term of supervised release imposed in this case and discharges Mr. Cavaness for the reasons set forth in his Unopposed Motion.

Dated: September 13, 2023      /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE